UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

USMAN ADEOTTI HASSAN

# CRIMINAL COMPLAINT

CASE NUMBER: 08 4094 PWG

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

On or about December 22, 2008, in the State and District of Maryland, the defendant **USMAN ADEOTTI HASSAN,** did knowingly and combine, conspire, confederate and agree with one or more other persons to intentionally import one hundred (100) grams or more of a quantity of a mixture or substance containing heroin, a Schedule I controlled substance into the United States from a place outside of the United States, to wit India and elsewhere,

all in violation of Title 21 United States Code, Section(s) 952(a) and 963

I further state that I am employed as a Special Agent with the U.S. Department of Homeland Security, Immigration and Customs and Enforcement and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

continued on the attached sheet and made a part hereof.

Special Agent Jon Marsicano, Jr.
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,
on this 23rd day of December, 2008
in Baltimore, Maryland

HONORABLE PAUL W. GRIMM
United States Magistrate Judge

1136 HRS

Signature of Judicial Officer

08 4094 PWG

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I. Purpose of the Affidavit

1. This affidavit is submitted in support of a criminal complaint charging Charles Ene UDOH and Usman Adeoti HASSAN with conspiracy to import one hundred (100) grams or more of a quantity of a mixture or substance containing heroin, a Schedule I controlled substance, into the United States from a place outside the United States, to wit, India and elsewhere, in violation of 21 U.S.C. Sections 952(a) and 963.

II. Your Affiant

2. Your affiant, Jon Marsicano Jr., is a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), in Baltimore, Maryland and as such, your affiant is a law enforcement officer of the United States.

3. Your affiant has been a duly sworn Special Agent since November 10, 2005. Your affiant is currently assigned to the Thurgood Marshal BWI Airport Smuggling Group (BWI). During his tenure as an ICE Agent, your affiant has participated in numerous investigations involving smuggling, narcotics, and other unlawful activities. These investigations have included the use of surveillance techniques, information analysis and the execution of search, seizure, and arrest warrants. Your affiant has attended a Criminal Investigator Training Program at the Federal Law Enforcement Training Center as well as Immigration and Customs Enforcement Special Agent Training. Your affiant is familiar with the facts and circumstances

of the investigation that is the subject of this search warrant application. Prior to employment as an Immigration and Customs Enforcement Special Agent, your affiant was employed as a Police Officer with the Arlington County Police Department, Arlington County, Virginia. During employment with Arlington County, your affiant served as a Patrol Officer, an Officer in the Department's Tactical Unit, as well as a Police Corporal (Crime Scene Technician). Your affiant has participated in numerous arrests, investigations, and the execution of search and arrest warrants. Your affiant has attended classes in search warrant execution, crime scene investigations and street narcotics investigations. Your affiant has also testified in court numerous times. Your affiant is familiar with the facts and circumstances of the investigation that is the subject of this search warrant application.

4. The information set forth below is based upon my personal observations or upon information provided to me by other law enforcement officers participating in the investigation.

III. Probable Cause

5. On or about December 17, 2008, United States Customs and Border Protection (CBP) Officers conducted an inbound customs examination of a U.S. Postal Package at the John F. Kennedy Airport in Jamaica, Queens, New York. CBP Officers selected the Postal package with tracking number ED-749424401-IN for examination ("the Parcel"). This tracking number is an exclusive and unique identifying number used by the U.S.

Postal Service to track individual packages. The parcel was shipped from New Delhi, India to Joseph BROWN of 6610 Eberle Drive, Apartment 102, Baltimore, Maryland 21215. The shipper of the parcel reflected the name of Ishika ARORA with an address of NIL 32 Ground Floor, Malviya Hagar, New Delhi, India.

6. CBP Officers' examination revealed that the parcel contained a tan powdery substance secreted within plastic bags and sealed within the outer walls of the parcel. The substance was field tested and reacted positive for heroin. The heroin weighed approximately 433 grams. The parcel was turned over to ICE Baltimore for further investigation and a controlled delivery.

7. On December 18, 2008, the Honorable James K. Bredar authorized an anticipatory search warrant for the residence where Defendant UDOH was encountered at 6610 Eberle Drive, Apartment 102, Baltimore, Maryland 21215.

8. On December 19, 2008, ICE Agents with the assistance of the US Postal Inspection Service and the Baltimore City Police Department attempted a controlled delivery with negative results.

9. According to the US Postal Inspection Service, the letter carrier that delivers mail to the address 6610 Eberle Drive, Apartment 102, Baltimore, Maryland was approached by a young black male with an African accent on Saturday December 20, 2008 and was questioned about an express mail parcel for Apartment 102. The letter carrier informed the individual, later

identified as the Defendant UDOH, that the parcel would be delivered on Monday. The letter carrier stated that the individual was seen in a green Dodge Charger.

10. On December 22, 2008, ICE Special Agent Marcell Hamlin began surveillance on the residence and observed a green Dodge Charger (MD License Plate # 7DP-D05) and a red Cadillac (MD License Plate # 4EG-X93) parked in the vicinity of the target residence.

11. On December 22, 2008, at approximately 1125 hours an undercover law enforcement officer, posing as a U.S. Postal Service Mail Carrier, approached the target residence. A black male exited the red Cadillac and followed the undercover officer into the apartment building. The undercover officer stopped and held the door for the individual, later identified as the Defendant UDOH, UDOH then walked down the stairs and stopped in front of Apartment 102 and opened the door. The undercover officer stated that he thinks he has a "box" for him. UDOH responded, "That's my box." UDOH signed the postal service delivery form in the name of "Joseph BROWN." UDOH then placed the parcel inside of the apartment building. The undercover officer left and UDOH emerged shortly after.

12. Once the undercover officer left the area, a black male, who was driving the green Dodge Charger drove his car to the closest available parking spot to the apartment building and backed in. UDOH then went back into the apartment building and retrieved the parcel. As UDOH approached the

rear of the green Dodge Charger, the driver of the vehicle opened the trunk. UDOH placed the parcel inside of the trunk and shut it. As UDOH walked to the passenger side of the Charger, both he and the driver, later identified as the Defendant HASSAN were taken into custody.

13. Defendant UDOH was asked if he could read and write the English language and he stated that he could. He was provided his Miranda warnings. He signed a written waiver of rights and agreed to cooperate with law enforcement. UDOH stated that after Thanksgiving, he spoke to his cousin, Usman HASSAN, who asked him to retrieve a package for him. UDOH agreed. UDOH stated that HASSAN was to then give the parcel to another person, whom he didn't know. UDOH stated that he did not know it was drugs in the parcel, but knew it was something illegal. UDOH also stated that HASSAN instructed him to sign for the parcel in the name that was on the parcel. Upon placing the parcel inside of the Apartment, UDOH phoned HASSAN and told him that the parcel was in the Apartment. HASSAN then told him to wait until the letter carrier was out of the area before retrieving it.

14. Defendant HASSAN was asked if he could read and write the English language and he stated that he could. He was provided his Miranda warnings. He signed a written waiver of rights and agreed to cooperate with law enforcement. HASSAN stated that he met an individual named "Suyi LNU" through a friend in Nigeria. "Suyi LNU" asked HASSAN if he could have a parcel shipped to an address for him. HASSAN agreed

08 4094 PWG

and gave "Suyi LNU" UDOH's address. HASSAN then stated that he didn't know it was drugs in the parcel but knew it was something illegal. HASSAN stated that once he received the parcel, he was to call "Suyi LNU" and take a Greyhound Bus to Chicago where he was to deliver the parcel to an unknown recipient. HASSAN stated that he was going to be paid by "Suyi LNU" for doing this. Several controlled calls were made to "Suyi LNU" which produced negative results.

IV. Conclusion

15. Based on the foregoing, I submit that there is probable cause to believe that Charles Ene UDOH and Usman Adeoti HASSAN did knowingly and combine, conspire, confederate and agree with one or more other persons to intentionally import one hundred (100) grams or more of a quantity of a mixture or substance containing heroin, a Schedule I controlled substance into the United States from a place outside the United States, to wit India and elsewhere, in violation of 21 U.S.C. 952(a) and 963.

Jon Marsicano, Jr.
Special Agent, U.S. Immigration and Customs Enforcement

Subscribed and sworn before me on December 23, 2008.

1:36 PM

Honorable Paul W. Grimm
U.S. Magistrate Judge